# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGNAL IP, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., d/b/a. AUDI OF AMERICA, INC., a New Jersey corporation; AUDI OF AMERICA, LLC, a Delaware limited liability company; BENTLEY MOTORS, INC., a Delaware corporation,<br><br>Defendants. | Case No. 2:14-cv-03113-JAK (JEMx)<br><br>[Related to 2:14-cv-02454-JAK (JEMx); 2:14-cv-02962-JAK (JEMx); 8:14-cv-00497-JAK (JEMx); 8:14-cv-00491-JAK (JEMx); 2:14-cv-02963 JAK (JEMx); 2:14-cv-02457-JAK (JEMx); 2:14-cv-03111-JAK (JEMx); 2:14-cv-03109-JAK (JEMx); 2:14-cv-03108-JAK (JEMx); 2:14-cv-03114-JAK (JEMx)]<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE** JS-6<br><br>Hon. John A. Kronstadt |

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff Signal IP, Inc. and defendants Volkswagen Group of America, Inc. and Bentley Motors, Inc. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff Signal IP, Inc. and defendants Volkswagen Group of America, Inc. and Bentley Motors, Inc. are hereby dismissed with prejudice. It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them and neither party shall be required to pay any costs, attorney fees or other expenses of the other party that are associated with the matters settled by this Stipulated Motion for Dismissal with Prejudice.

DATED:  December 22, 2015

_____
Hon. John A. Kronstadt
U.S. District Judge

41406.013-2710591v1

1

Case No. 2:14-cv-03113-JAK (JEMx)

ORDER OF DISMISSAL WITH PREJUDICE